UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. SOLIS,<br><br>               Plaintiff,<br><br>    v.<br><br>R. GONZALES,<br><br>               Defendant. | Case No.:1:18-cv-00015-LJO-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 28, 32)<br><br>30-DAY DEADLINE |

       On October 10, 2019, Defendant Gonzales filed a motion for summary judgment (MSJ) asserting that Plaintiff Solis failed to exhaust administrative remedies. (Doc. 28.) On October 25, 2019, Plaintiff filed a motion requesting an extension of time to file an opposition to Defendant's MSJ. (Doc. 32.) Good cause appearing, the Court GRANTS Plaintiff's motion. Plaintiff shall have **30 days** from the date of service of this order to file an opposition or a statement of non-opposition to Defendant's motion for summary judgment.

IT IS SO ORDERED.

    Dated:   **October 31, 2019**                     **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE